# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00630-CV

**Melissa Nichole Perez, as next friend on behalf of J. E. P., a minor child, Appellant**

**v.**

**Melissa H. Miskell D.O., and McKenna Memorial Hospital, Appellees**

**FROM THE DISTRICT COURT OF 433RD COUNTY, COMAL JUDICIAL DISTRICT
NO. C2008-1238D, HONORABLE RONALD G. CARR, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss this appeal.  We grant the motion and dismiss this appeal.  *See* Tex. R. App. P. 42.1(a)(1).

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:  November 5, 2010